No. 467, October Term, 1962. ALVADO ET AL. v. GENERAL MOTORS CORP. Motion for leave to file fifth petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion. [See, e. g., 384 U. S. 1028.]

No. 1091. OGLETREE ET AL. v. OHIO, 386 U. S. 1007;

No. 1092. FRANKLIN ET AL. v. McDANIEL, 386 U. S. 993;

No. 275, Misc. SMITH v. OHIO, 386 U. S. 1008;

No. 1076, Misc. BJORNSEN v. LAVALLEE, WARDEN, 386 U. S. 998;

No. 1210, Misc. PITTMAN v. UNITED STATES, 386 U. S. 995;

No. 1247, Misc. EVERETT v. UNITED STATES, 386 U. S. 1013; and

No. 1439, Misc. SMITH v. WILSON, WARDEN, 386 U. S. 1002. Petitions for rehearing denied.

MAY 22, 1967.

No. ——. LEVY v. CORCORAN, U. S. DISTRICT JUDGE. Application for a stay presented to MR. CHIEF JUSTICE WARREN, and by him referred to the Court, denied. *Anthony G. Amsterdam* and *Charles Morgan, Jr.,* for applicant. *Solicitor General Marshall* for the United States in opposition.

No. 1298, Misc. OSBORN v. CALIFORNIA MENS COLONY SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.